UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KELSI L. COTTLE**,

        Plaintiff,

and

**AMERICAN FAMILY INSURANCE COMPANY** and **UNITED HEALTHCARE INSURANCE COMPANY**,

        Involuntary Plaintiffs,

v.

Case No. 20-CV-1093
Case Code No. 30107

**GREAT WEST CASUALTY COMPANY**, **MIKES LINES INC.** and **DENNIS A. STORLIE**,

        Defendants.

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that the law firm of Mallery & Zimmerman, S.C., by Matthew S. Mayer, has been retained by and appears for Involuntary Plaintiff, United HealthCare Insurance Company, in the above-entitled action, and request is hereby made that copies of all papers subsequent to the Summons and Complaint in said action be served upon it at the office address set forth below.

DATED this 1st day of August 2020.

    MALLERY & ZIMMERMAN, S.C.
    Attorneys for Involuntary Plaintiff, United
    HealthCare Insurance Company

ADDRESS:
500 Third Street, Suite 800
P.O. Box 479
Wausau, WI 54402-0479    BY:  Electronically Signed by Matthew S. Mayer
715.845.8234 – telephone    MATTHEW S. MAYER
715.848.1085 – facsimile    State Bar No. 1001237
mmayer@mzattys.com